UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:  §
        §
CORBETT, JOHNNY RAY  §  Case No. 11-12378
CORBETT, LINDA SUE   §
        §
        Debtor(s)  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/STEVEN L. SPETH, TRUSTEE_____
                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case No: 11-12378 REN Judge: ROBERT E NUGENT  
Case Name: CORBETT, JOHNNY RAY  
CORBETT, LINDA SUE  
For Period Ending: 05/15/13  

Trustee Name: STEVEN L. SPETH, TRUSTEE  
Date Filed (f) or Converted (c): 08/03/11 (f)  
341(a) Meeting Date: 08/30/11  
Claims Bar Date: 06/11/12  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6436 SOUTH OSAGE WICHITA KS 67217 (HOMESTEAD) | 90,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. U.S. CURRENCY (NOMINAL VALUE) | 0.00 | 0.00 | | 0.00 | FA |
| 3. MERITRUST - CHECKING | 0.00 | 0.00 | | 0.00 | FA |
| 4. MERITRUST - SAVINGS | 0.00 | 0.00 | | 0.00 | FA |
| 5. MERITRUST - SAVINGS | 0.00 | 0.00 | | 0.00 | FA |
| 6. COMMUNITY BANK - CHECKING | 0.00 | 0.00 | | 0.00 | FA |
| 7. COMPUTERSHARE - WALMART ASSOCIATE STOCK PURCHASE A | 0.00 | 0.00 | | 0.00 | FA |
| 8. HOUSEHOLD GOODS AND FURNISHINGS | 10,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. CDS, DVDS | 100.00 | 0.00 | | 0.00 | FA |
| 10. CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. TERM LIFE POLICY (THROUGH EMPLOYER) | Unknown | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. 401(K) - SPIRIT | 48,675.38 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. PENSION - CESSNA | Unknown | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 14. 2010 CHEVROLET TRAVERSE (15,000 MILES) | 18,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 15. 2008 CHEVROLET SILVERADO (40,000 MILES) | 14,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 16. UTILITY TRAILER | 700.00 | 0.00 | | 0.00 | FA |
| 17. ESTATE'S SHARE OF 2011 TAX REFUNDS (u) | 0.00 | 1,205.77 | | 1,205.77 | FA |

Case No: 11-12378 REN Judge: ROBERT E NUGENT  Trustee Name: STEVEN L. SPETH, TRUSTEE
Case Name: CORBETT, JOHNNY RAY  Date Filed (f) or Converted (c): 08/03/11 (f)
CORBETT, LINDA SUE  341(a) Meeting Date: 08/30/11
Claims Bar Date: 06/11/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.03 | FA |
| TOTALS (Excluding Unknown Values) | $181,975.38 | $1,205.77 | | $1,205.80 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE'S FINAL REPORT & NOTICE DRAFTED FOR REVIEW BY UST. May 15, 2013 (DB)

Initial Projected Date of Final Report (TFR): 05/31/13    Current Projected Date of Final Report (TFR): 05/31/13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-12378 -REN | | Trustee Name: | STEVEN L. SPETH, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CORBETT, JOHNNY RAY | | Bank Name: | BANK OF KANSAS CITY |
| | CORBETT, LINDA SUE | | Account Number / CD #: | *******1183 GENERAL CHECKING |
| Taxpayer ID No: | *******5060 | | | |
| For Period Ending: | 05/15/13 | | Blanket Bond (per case limit): | $ 27,200,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/06/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 1,201.06 | | 1,201.06 |
| 08/14/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1.15 | 1,199.91 |
| 09/17/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1.37 | 1,198.54 |
| 10/15/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1.33 | 1,197.21 |
| 11/15/12 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 1.37 | 1,195.84 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 1,201.06 | 5.22 | 1,195.84 |
| Less: Bank Transfers/CD's | 1,201.06 | 0.00 | |
| Subtotal | 0.00 | 5.22 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 5.22 | |

Page Subtotals     1,201.06     5.22

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-12378 -REN | Trustee Name: | STEVEN L. SPETH, TRUSTEE |
|---|---|---|---|
| Case Name: | CORBETT, JOHNNY RAY | Bank Name: | BANK OF AMERICA |
|  | CORBETT, LINDA SUE | Account Number / CD #: | *******7580  MONEY MARKET |
| Taxpayer ID No: | *******5060 |  |  |
|  |  | Blanket Bond (per case limit): | $ 27,200,000.00 |
| For Period Ending: | 05/15/13 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 03/26/12 | 17 | JOHNNY & LINDA CORBETT | ESTATE'S SHARE OF TAX REFUND(S) | 1224-000 | 1,205.77 |  | 1,205.77 |
| 04/30/12 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 |  | 1,205.78 |
| 04/30/12 |  | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 |  | 1.53 | 1,204.25 |
| 05/31/12 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 |  | 1,204.26 |
| 05/31/12 |  | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 |  | 1.53 | 1,202.73 |
| 06/29/12 | 18 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.01 |  | 1,202.74 |
| 06/29/12 |  | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 |  | 1.43 | 1,201.31 |
| 07/06/12 |  | BANK OF AMERICA<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 |  | 0.25 | 1,201.06 |
| 07/06/12 |  | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 |  | 1,201.06 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 1,205.80 | 1,205.80 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 1,201.06 |
| Subtotal | 1,205.80 | 4.74 |
| Less:  Payments to Debtors |  | 0.00 |
| Net | 1,205.80 | 4.74 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********1183 | 0.00 | 5.22 | 1,195.84 |
| MONEY MARKET - ********7580 | 1,205.80 | 4.74 | 0.00 |
|  | 1,205.80 | 9.96 | 1,195.84 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       1,205.80       1,205.80

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-12378 -REN | | Trustee Name: | STEVEN L. SPETH, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CORBETT, JOHNNY RAY | | Bank Name: | BANK OF AMERICA |
| | CORBETT, LINDA SUE | | Account Number / CD #: | *******7580 MONEY MARKET |
| Taxpayer ID No: | *******5060 | | | |
| For Period Ending: | 05/15/13 | | Blanket Bond (per case limit): | $ 27,200,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Case Number: 11-12378      Claim Class Sequence
Debtor Name: CORBETT, JOHNNY RAY      Joint Debtor: CORBETT, LINDA SUE
Claims Bar Date: 06/11/12

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000003 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsecured | Filed 03/07/12 | $10,766.93 | $0.00 | $10,766.93 |
| 000004 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsecured | Filed 03/07/12 | $11,367.16 | $0.00 | $11,367.16 |
| 000005 070 7100-00 | Intrust Card Center<br>PO Box 2121<br>Wichita KS 67201 | Unsecured | Filed 03/12/12 | $5,884.26 | $0.00 | $5,884.26 |
| 000006 070 7100-00 | Capital One Bank USA NA<br>PO Box 71083<br>Charlotte NC 282721083 | Unsecured | Filed 03/15/12 | $430.62 | $0.00 | $430.62 |
| 000007 070 7100-00 | Capital One Bank USA NA<br>PO Box 71083<br>Charlotte NC 282721083 | Unsecured | Filed 03/15/12 | $8,457.83 | $0.00 | $8,457.83 |
| 000008 070 7100-00 | GE Capital Retail Bank<br>co Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | Filed 05/29/12 | $3,741.78 | $0.00 | $3,741.78 |
| 000009 070 7100-00 | PYOD LLC its successors and assigns<br>as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Unsecured | Filed 06/05/12 | $4,176.92 | $0.00 | $4,176.92 |
| 000010 080 7200-00 | Capital One NA<br>Bass and Associates PC<br>3936 E Ft Lowell Road Suite 200<br>Tucson AZ 85712 | Unsecured | Filed 09/27/12 | $4,028.63 | $0.00 | $4,028.63 |
| 000001 050 4210-00 | Office of the County Counselor<br>Patricia J Parker 10413<br>525 N Main Suite 359<br>Wichita KS 67203-3790 | Secured | Filed 08/30/11<br>3001.1d Notice | $850.10 | $0.00 | $850.10 |
| 000002 050 4210-00 | Ally Financial<br>P.O. Box 130424<br>Roseville, MN 55113 | Secured | Filed 09/08/11<br>3001.1d Notice | $23,489.66 | $0.00 | $23,489.66 |
| | Case Totals: | | | $73,193.89 | $0.00 | $73,193.89 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-12378
Case Name: CORBETT, JOHNNY RAY
        CORBETT, LINDA SUE
Trustee Name: STEVEN L. SPETH, TRUSTEE

Balance on hand      $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Office of the County Counselor | $ | $ | $ | $ |
| 000002 | Ally Financial | $ | $ | $ | $ |

Total to be paid to secured creditors      $_____

Remaining Balance      $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN L. SPETH, TRUSTEE | $ | $ | $ |
| Trustee Expenses: STEVEN L. SPETH, TRUSTEE | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

       In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

       Allowed priority claims are:

NONE

       The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

       Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

       Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Discover Bank | $ | $ | $ |
| 000004 | Discover Bank | $ | $ | $ |
| 000005 | Intrust Card Center | $ | $ | $ |
| 000006 | Capital One Bank USA NA | $ | $ | $ |
| 000007 | Capital One Bank USA NA | $ | $ | $ |
| 000008 | GE Capital Retail Bank | $ | $ | $ |
| 000009 | PYOD LLC its successors and assigns | $ | $ | $ |

       Total to be paid to timely general unsecured creditors    $_____

       Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Capital One NA | $ | $ | $ |

Total to be paid to tardy general unsecured creditors     $_____

Remaining Balance     $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE